NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARLENE M. BROUGHTON,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3063

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-13-0101-I-1.

---

**ON MOTION**

---

**O R D E R**

Darlene M. Broughton moves for leave to file a corrected opening informal brief and for various other relief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are deferred to the merits panel assigned to hear this case. Copies of this order and the motions

2                                                                          BROUGHTON v. MSPB

papers (docket entries 37 and 39) shall be transmitted to the panel.


                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court


s30